BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-CV-01500-AWI-GSA |
| ) | |
| Plaintiff, ) | **UNITED STATES' REQUEST TO** |
| ) | **CONTINUE SCHEDULING** |
| v. ) | **CONFERENCE AND ORDER** |
| ) | |
| APPROXIMATELY $153,016.00 IN U.S. ) | Date: December 19, 2013 |
| CUURENCY, ) | Time: 9:00 a.m. |
| ) | Courtroom: #10 (6th Floor) |
| Defendant. ) | |
| ) | Honorable Gary S. Austin |
| ) | |

The United States requests that the Court continue the Scheduling Conference from December 19, 2013 to February 6, 2014 at 10:00 a.m., or to a date convenient for the Court. Good cause exists to continue the Scheduling Conference because the notice requirements pursuant to Rule G have not yet completed and the time in which one has to file a claim in this action has not yet expired. The United States wishes to allow the opportunity for any

///
///
///
///
///
///

interested party to file their claims, if any.  Clerk's defaults will be sought should no claims be filed by December 30, 2013.

Respectfully submitted,

Dated:  December 4, 2013          BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Heather Mardel Jones
                                  HEATHER MARDEL JONES
                                  Assistant U.S. Attorney


ORDER

The Court finds that there is good cause to continue the Scheduling Conference from December 19, 2013 to February 6, 2014 at 10:00 a.m. in Courtroom 10 before the Honorable Gary S. Austin.

IT IS SO ORDERED.

Dated:  **December 4, 2013**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

United States' Request to Continue Scheduling Conference and Order

2