BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $153,016.00 IN U.S. CUURENCY,<br><br>　　　　Defendant. | 1:13-CV-01500-AWI-GSA<br><br>**UNITED STATES' REQUEST TO CONTINUE SCHEDULING CONFERENCE AND ORDER**<br><br>Date: December 19, 2013<br>Time: 9:00 a.m.<br>Courtroom: #10 (6th Floor)<br><br>Honorable Gary S. Austin |

　　　　The United States requests that the Court continue the Scheduling Conference from December 19, 2013 to February 6, 2014 at 10:00 a.m., or to a date convenient for the Court. Good cause exists to continue the Scheduling Conference because the notice requirements pursuant to Rule G have not yet completed and the time in which one has to file a claim in this action has not yet expired. The United States wishes to allow the opportunity for any

///
///
///
///
///
///

interested party to file their claims, if any.  Clerk's defaults will be sought should no claims be filed by December 30, 2013.

                                                  Respectfully submitted,

Dated:  December 4, 2013            BENJAMIN B. WAGNER
                                                  United States Attorney

                                                /s/ Heather Mardel Jones
                                                HEATHER MARDEL JONES
                                                Assistant U.S. Attorney

## ORDER

The Court finds that there is good cause to continue the Scheduling Conference from December 19, 2013 to February 6, 2014 at 10:00 a.m. in Courtroom 10 before the Honorable Gary S. Austin.

IT IS SO ORDERED.

    Dated:  **December 4, 2013**                **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE