UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $153,016.00 IN U.S. CURRENCY,<br><br>            Defendant. | **NEW CASE NO. 1:13-cv-01500-GSA**<br><br>ORDER ASSIGNING CASE RE PRESIDING JUDGE<br><br>Old Case No. 1:13-cv-01500-AWI-GSA |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge. Plaintiff filed their consent on January 30, 2014, and Claimant filed their consent on February 5, 2014, under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

All future pleadings shall be numbered as follows:

**1:13-cv-01500-GSA**

IT IS SO ORDERED.

Dated:   February 6, 2014                                    _____
                                                                              SENIOR DISTRICT JUDGE

1